IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TERRENCE E. TAYLOR,<br>LOUISE W. TAYLOR, and<br>PHILLIP D. TAYLOR,<br><br>        Plaintiffs,<br><br>vs.<br><br>STRUCTURED ASSET FUNDING, LLC<br>d/b/a 123 LUMP SUM a/k/a 123 LUMP<br>SUM, LLC; BLAZINGSTAR FUNDING,<br>LLC; JAY GEE, LLC, BEXHILL, LLC;<br>iSETTLEMENTS LLC d/b/a 123<br>LUMPSUM; HPF CAPITAL d/b/a<br>HIGHPOINT FUNDING and<br>RHETT WADSWORTH<br><br>        Defendants. | Civil Action No.: 1:15-cv-271-TSE/TCB<br><br>JURY TRIAL DEMAND |

## **BEXHILL LLC'S FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1 of the United States District Court for the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Bexhill, LLC in the above-captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.  The undersigned also certifies that Bexhill, LLC is a wholly-owned subsidiary of Private Capital Ventures, Inc. and that there is no public corporation owning 10% or more of Bexhill, LLC.

Dated:  March 24, 2015	Respectfully submitted,

	By:	 */s/ Erika L. Morabito*  
		Erika L. Morabito (VSB No. 44369)  
		Brittany J. Nelson (VSB No. 81734)  
		3000 K Street, NW, Suite 600  
		Washington, DC  20007-5109  
		Phone:	(202) 672-5300  
		Fax:	(202) 672-5399  
		E-mail:	emorabito@foley.com  
			bnelson@foley.com  

	*Counsel for Bexhill, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of March, 2015, I electronically filed the foregoing **BEXHILL LLC'S FINANCIAL INTEREST DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record, including:

> Kathleen J.L. Holmes (VSB No. 35219)
> Ellen D. Marcus (VSB 44314)
> HOLMES COSTIN & MARCUS PLLC
> 301 N. Fairfax Street, Suite 202
> Alexandria, VA  22314
>
> Edward Stone
> EDWARD STONE LAW, P.C.
> 175 West Putnam Avenue, 2nd Floor
> Greenwich, CT  06830
>
> Brandon H. Elledge
> Kelly A. Krysyniak
> Holland & Knight
> 1600 Tysons Blvd., Suite 700
> Tysons Corner, VA  22102
>
> Cory Eichorn
> Holland & Knight
> 701 Brickell Avenue, Suite 3300
> Miami, FL  33131

       */s/ Erika L. Morabito*
       Erika L. Morabito (VSB No. 44369)
       FOLEY & LARDNER LLP
       Washington Harbour
       3000 K Street, N.W., Suite 600
       Washington, D.C.  20007-5109
       Tel:   (202) 672-5300
       Fax:   (202) 672-5399
       E-mail: emorabito@foley.com
       Counsel for Defendant, Bexhill, LLC

       */s/ Erika L. Morabito*
       Erika L. Morabito, Esquire (VSB No. 44369)

3000 K Street, NW, Suite 600  
Washington, DC  20007-5109  
Phone: (202) 672-5300  
Fax: (202) 672-5399  
E-mail: emorabito@foley.com  
bnelson@foley.com