IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

TERRENCE E. TAYLOR,
LOUISE W. TAYLOR, and
PHILLIP D. TAYLOR,

    Plaintiffs,

v.                                        Civil Action No. 1:15cv271

STRUCTURED ASSET FUNDING, LLC,
BLAZINGSTAR FUNDING, LLC, et al.,

    Defendants.

**BLAZINGSTAR FUNDING, LLC'S FINANCIAL INTEREST**
<u>**DISCLOSURE STATEMENT**</u>

    Pursuant to Local Rule 7.1 of the United States District Court for the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Blazingstar Funding, LLC in the above-captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.  The undersigned also certifies that Blazingstar Funding, LLC's sole member is Wall 123, LLC and that there is no public corporation owning 10% or more of Blazingstar Funding, LLC.

DATED:  March 27, 2015                          Respectfully submitted,

                                                                   **BLAZINGSTAR FUNDING, LLC**

                                                                   By: __/s/ W. Edgar Spivey_____
                                                                   W. Edgar Spivey (VSB No. 29125)
                                                                   Email: wespivey@kaufcan.com
                                                                   Lauren Tallent Rogers (VSB No. 82711)
                                                                   Email:  ltrogers@kaufcan.com
                                                                   KAUFMAN & CANOLES, P. C.
                                                                   150 West Main Street, Suite 2100
                                                                   Norfolk, VA 23510
                                                                   (757) 624-3000
                                                                   (757) 624-3169 Facsimile
                                                                   *Counsel for Defendant Blazingstar Funding, LLC*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of March 2015, a true copy of the foregoing been electronically filed with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

> Kathleen J.L. Holmes, Esq.
> Ellen D. Marcus, Esq.
> Holmes Costin & Marcus pllc
> 301 N. Fairfax Street, Suite 202
> Alexandria, VA 22314
> kholmes@hcmlawva.com
> emarcus@hcmlawva.com
>
> Edward Stone, Esq.
> Edward Stone Law P.C.
> 175 West Putnam Avenue, 2nd Floor
> Greenwich, CT 06830
> eddie@edwardstonelaw.com
>
> Brandon H. Elledge, Esq.
> Kelly A. Krysyniak, Esq.
> Holland & Knight
> 1600 Tysons Blvd., Suite 700
> Tysons Corner, VA 22102
>
> Cory Eichorn, Esq.
> Holland & Knight
> 701 Brickell Avenue, Suite 3300
> Miami, FL 33131
>
> Erika L. Morabito, Esq.
> Foley & Lardner LLP
> Washington Harbour
> 3000 K Street, N.W., Suite 600
> Washington, D.C. 2007-5109
> emorabito@foley.com

By: /s/ W. Edgar Spivey
W. Edgar Spivey (VSB No. 29125)
Email: wespivey@kaufcan.com
Lauren Tallent Rogers (VSB No. 82711)
Email: ltrogers@kaufcan.com
KAUFMAN & CANOLES, P. C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
(757) 624-3000
(757) 624-3169 Facsimile
*Counsel for Defendant Blazingstar Funding, LLC*