IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TERRENCE E. TAYLOR, <br> LOUISE W. TAYLOR, *and* <br> PHILLIP D. TAYLOR, <br><br> *Plaintiffs*, <br><br> *vs*. <br><br> STRUCTURED ASSET FUNDING, LLC <br> d/b/a 123 LUMP SUM a/k/a 123 LUMP SUM, <br> LLC, BLAZINGSTAR FUNDING, LLC, JAY <br> GEE, LLC, BEXHILL LLC, *et. al.* <br><br> *Defendants*. | Civil Action No. 1:15cv271-TSE-TCB |

## DEFENDANTS' MOTION TO VACATE
## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

Defendants Structured Asset Funding, LLC and iSettlements, LLC, by counsel, hereby file this Motion to Vacate Plaintiffs' Notice of Voluntary Dismissal Without Prejudice [Dkt. No. 88] for the reasons set forth in set forth in the accompanying memorandum.

June 8, 2015                              Respectfully submitted,


                                          /s/ Kelly A. Krystyniak
                                          Brandon H. Elledge (VSB# 45349)
                                          brandon.elledge@hklaw.com
                                          Kelly A. Krystyniak (VSB# 82310)
                                          kelly.krystyniak@hklaw.com
                                          HOLLAND & KNIGHT LLP
                                          1600 Tysons Blvd., Suite 700
                                          Tyson's Corner, Virginia  22102
                                          (703) 720-8600
                                          (703) 720-8610 (facsimile)

                                          Cory W. Eichhorn (*pro hac vice*)

HOLLAND & KNIGHT LLP
701 Brickell Ave., Suite 3300
Miami, Florida 33131
(305) 374-8500 (Telephone)
(305) 789-7799 (Facsimile)
Cory.Eichhorn@hklaw.com


*Counsel for Defendants Structured Asset Funding, LLC and iSettlements, LLC*

# CERTIFICATE OF SERVICE

I certify that on this 8th day of June, 2015, a true copy of the foregoing was served via the Court's ECF system on:

>Kathleen J.L. Holmes (VSB# 35219)
>Ellen D. Marcus (VSB# 44314)
>HOLMES COSTIN & MARCUS PLLC
>301 N. Fairfax St., Suite 202
>(703) 260-6401(Telephone)
>(703) 439-1897 (facsimile)
>kholmes@hcmlawva.com
>emarcus@hcmalawva.com
>
>*Counsel for Plaintiffs*

>/s/ Kelly A. Krystyniak
>Brandon H. Elledge (VSB# 45349)
>brandon.elledge@hklaw.com
>Kelly A. Krystyniak (VSB# 82310)
>kelly.krystyniak@hklaw.com
>HOLLAND & KNIGHT LLP
>1600 Tysons Blvd., Suite 700
>Tyson's Corner, Virginia 22102
>(703) 720-8600
>(703) 720-8610 (facsimile)